127 F.3d 1094
 Robert W. Braid, Thomas E. Casmay, Jr., A. Charles Perkins,
Fathers Rights Action Committee
v.
Camden County Probation Dept., Gene McGrath, Chief Probation
Department, Francis J. Orlando, Hon., Assignment Judge,
Burlington County Probation Department, David Young, Chief
Probation Department, Howard B. Wells, Hon. Assignment
Judge, Donald Phelan Clerk
 NO. 96-5671
 United States Court of Appeals,
Third Circuit.
 Aug 21, 1997
 
 Appeal From: D.N.J. ,No.9405640 ,
 Thompson, J.
 
 
 1
 Affirmed.